UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIRGIT E. TUTTLE,

    Plaintiff,　　　　　　　　　　　　Case No. 16-cv-11144

　　　　　　　　　　　　　　　　　　　Paul D. Borman
v.　　　　　　　　　　　　　　　　　　United States District Judge

COMMISSIONER OF　　　　　　　　　　R. Steven Whalen
SOCIAL SECURITY,　　　　　　　　　　United States Magistrate Judge

    Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S JUNE 9, 2017 REPORT AND RECOMMENDATION (ECF NO. 32), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO THE EXTENT IT SEEKS A REMAND (ECF NO. 24), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 28), AND (4) REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On June 9, 2017, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment to the extent it seeks a remand, DENY Defendant's Motion for Summary Judgment, and REMAND this matter for further administrative proceedings. Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 32), GRANTS Plaintiff's Motion for Summary Judgment to the extent it seeks a remand (ECF No. 24),

1

DENIES Defendant's Motion for Summary Judgment (ECF No. 28), and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Whalen's analysis in his June 9, 2017 Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 7, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 7, 2017.

s/Deborah Tofil  
Case Manager